BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI ADELSTEIN & DICKINSON
500 North Central Avenue, Suite 800
Glendale, California 91203-3345

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE DIRECTORS GUILD OF AMERICA PRODUCER PENSION and HEALTH PLANS,<br><br>                Plaintiffs,<br><br>  v.<br><br>D.I.D. PRODUCTIONS, INC., a California Corporation and DONALD I. DAVIS, an individual,<br><br>                Defendants. | Case No. CV 98-8462 SVW (AIJx)<br><br>**ORDER RENEWING JUDGMENT**<br><br>[F.R.C.P. 69] |

Based on the application for judgment renewal by Plaintiffs and Judgment Creditors, the Declaration of Peter S. Dickinson in support thereof, the pleadings and documents on file herein, and for good cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment entered herein in favor of the TRUSTEES OF THE DIRECTORS GUILD OF AMERICA PRODUCER PENSION and HEALTH PLANS on March 11, 1999 shall be renewed in the principal amount of $88,164.77 against D.I.D. PRODUCTIONS, INC., a California Corporation and DONALD I. DAVIS, an individual, jointly and severally.

DATED: February 25, 2009                 _____
                                                        STEPHEN V. WILSON
                                                        UNITED STATES DISTRICT JUDGE